

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00588-CR

**IN RE DILLEY INDEPENDENT SCHOOL DISTRICT**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  September 11, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On August 27, 2013, relator filed a petition for writ of mandamus, followed by a motion for temporary emergency relief. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and request for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 12-11-00123-CRF, styled *The State of Texas v. Jorge Cabasos*, pending in the 81st Judicial District Court, Frio County, Texas, the Honorable Donna S. Rayes presiding.